IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| JARMAVIS DIXON, | * | |
| Plaintiff, | * | |
| v. | * | CV 624-037 |
| WARDEN BEASLEY, | * | |
| Defendant. | * | |

ORDER

Before the Court is Plaintiff's notice of voluntary dismissal. (Doc. 11.) This motion was filed prior to the Defendant serving an answer or a motion for summary judgment. Upon due consideration, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE**.[1] The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees except as otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia, this 21st day of October, 2024.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] Because Plaintiff's notice does not state whether dismissal is with or without prejudice, the dismissal is without prejudice. (See Doc. 11); FED. R. CIV. P. 41(a)(1)(B).